## Notice of Electronic Filing to Confirm Service of Summons



FILED

2018 APR 12  A 11: 01

US DISTRICT COURT
BRIDGEPORT CT

**Jacqueline Johnson**
157 Jonathan Drive, Stamford, CT 06903

April 11, 2018

Honorable Judge Vanessa L. Bryant
U.S. District Court
District of Connecticut

<u>Case Name: Johnson v. JP Morgan Chase et al</u>
<u>**Case Number: 3:17-cv-01995-VLB**</u>

<u>Document 15 Filed 04/05/18</u>

Dear Judge Bryant:

Please be advised that this is confirmation of Electronic Filing for service of Summons to Defendants Jamie Dimon and Associate at JP Morgan Chase. See enclosed documentation for service by signed and registered/return mail, for said Defendants.

Thanks in advance for your time and interest and please advise if you have any questions and expectations for the next steps.

Respectively submitted,

Jacqueline Johnson
E-Mail: jjohnsonrtc@aol.com
Mobile: 203-461-8423



■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Mr. Kevin Walters
JP. Morgan Chase
270 Park Ave
ny. ny. 10017

9590 9402 3584 7305 7274 47

2. Article Number (Transfer from service label)
7017 3040 0001 1315 7255

A. Signature
X JP Morgan Chase & Co. 270 Park Avenue ☐ Agent ☐ Addressee

B. Received by (Printed Name)
MAR 30 2018

C. Date of Delivery
3/30

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No
Received by GBDS Mail Services

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

---

7017 3040 0001 1315 7248

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $ 3.45
Extra Services & Fees (check box, add fee as appropriate) 2.75
☒ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage 50¢
Total Postage and Fees $ 6.70

Postmark Here

Sent To: Jamie Dimon
Street and Apt. No., or PO Box No.: 270 Park Ave
City, State, ZIP+4®: ny. ny. 10017

PS Form 3800, April 2015 PSN 7530-02-000-9047 — See Reverse for Instructions

---

7017 3040 0001 1315 7255

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $ 3.45
Extra Services & Fees (check box, add fee as appropriate) 2.75
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage 50¢
Total Postage and Fees $ 6.70

Postmark Here

Sent To: Kevin Waters
Street and Apt. No., or PO Box No.: 270 Park Ave
City, State, ZIP+4®: N.Y. 10017

PS Form 3800, April 2015 PSN 7530-02-000-9047 — See Reverse for Instructions

**Executive Office (Mail Code OH4-7120)**
3415 Vision Drive
Columbus, OH 43219

CHASE ◯

April 05, 2018

[signature]

000904 - 1 of 1 NSP0IF1A-Z1 000000000000
Jacqueline Johnson
157 Jonathan Drive
Stamford, CT 06903-1508

### We're researching your request

| | |
|---|---|
| Customer Name(s): | Jacqueline Johnson |
| Account: | *****3062 |
| Reference Number: | 20180403EOCHF0001 |
| Property Address: | 157 Jonathan Drive |
| | Stamford, CT 06903-0000 |

Dear Jacqueline Johnson:

Thank you for contacting us on April 2, 2018, about your account. We'll have an answer or update for you by May 2, 2018. We appreciate your patience while we research and resolve your request.

If you have other questions, please call the Executive Office Team dedicated specifically to this issue at 1-888-310-7995. Our office is available Monday through Friday from 8 a.m. to 10 p.m., Saturday from 8 a.m. to 8 p.m., and Sunday from 8 a.m. to 5 p.m. Eastern Time.

Sincerely,

Home Lending Executive Office
1-888-310-7995
1-800-582-0542 TTY
1-866-221-1019 Fax; it's free from any Chase branch
chase.com
questions.mortgage.escalation@chase.com

[handwritten note: Response from Chase after Summons was Served. Odd!! Rcvd. 4/9/18]

Esta comunicación contiene información importante acerca de la cuenta. Si tiene alguna pregunta o necesita ayuda para traducirla, comuníquese con nosotros llamando al 1-888-310-7995, de lunes a viernes de 8 a.m. a 10 p.m., sábados de 8 a.m. a 8 p.m., y domingos de 8 a.m. a 5 p.m., hora del Este.

### Important Legal Information

**Important information for Servicemembers and their dependents**
If you or any occupant of your home are or recently were on active Military duty or related active service, you may be eligible for benefits and protections under the federal Servicemembers Civil Relief Act (SCRA), state law, or Chase policy. This includes protection from foreclosure or eviction, and in some cases, interest rate benefits. Some protections also may be available if you are the dependent of an eligible Servicemember. Although Servicemember interest rate benefits under the Servicemembers Civil Relief Act don't allow you to defer payments, California law allows for a six-month deferral if certain conditions are met.

For more information, please call Chase Military Services at 1-877-469-0110.

From: auto-reply <auto-reply@usps.com>
To: Jjohnsonctc <Jjohnsonctc@aol.com>
Subject: USPS® Item Delivered, Front Desk/Reception 70173040000113157248
Date: Mon, Apr 9, 2018 11:36 am



Hello **Jacqueline Johnson**,

Your item was delivered to the front desk or reception area at 1:49 pm on April 2, 2018 in NEW YORK, NY 10017.

Tracking Number:
70173040000113157248

**Delivered, Front Desk/Reception**



**Tracking & Delivery Options**

**My Account**

Visit USPS Tracking® to check the most up-to-date status of your package. Sign up for Informed Delivery® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your USPS.com account.

Want regular updates on your package? Set up text alerts.



INFORMED DELIVERY®
Sign up to view your mail online or via email.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NOTICE REGARDING ELECTRONIC FILING

All civil cases assigned to Judge Bryant will be designated as electronically filed cases, and thus be subject to the attached Electronic Filing Order, (including pro se prisoner cases and social security disability appeals). Documents filed electronically must be filed in OCR text searchable PDF format. Any attorney may file a motion for Exemption From Electronic Filing within fourteen (14) days after the attorney enters an appearance in the case, which shall be decided by the Judge.

In order to be able to file documents electronically, an attorney must first register with the clerk's office and obtain an electronic filing login and password. Registration forms are available on the Court's website, along with a tutorial on electronic filing (www.ctd.uscourts.gov/cmecf/). Training in electronic filing is also available to attorneys through the clerk's office.

FOR THE COURT

ROBIN D. TABORA,
CLERK OF COURT

Rev 9/9/13

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELECTRONIC FILING ORDER

All documents in this case will be filed electronically and must be filed in Tagged PDF format, enabling text recognition. Counsel should review documents for accessibility in Adobe Acrobat or other PDF software.   Counsel are reminded that they must comply with the requirements set forth in the District Court's CM/ECF Policies and Procedures Manual. All documents must be typewritten using Arial bold 12 point font, double spaced. Pleadings must comply with all applicable provisions of D. Conn. L. Civ. R. 10(a).

Counsel must provide Chambers with one paper copy of the following on the business day following the day on which the document is filed electronically, unless otherwise ordered:

   a. Any filing requesting relief on an emergency basis;
   b. Any (joint) trial memorandum, including proposed findings of fact and conclusions of law as well as any motions *in limine*;
   c. Any filing that is filed on the docket less than seven days prior to a scheduled Court hearing in which the filing is necessary.

Counsel must provide Chambers with a paper copy of non-emergency filings, including pleadings, briefs and exhibits supporting or opposing any motion to dismiss, motion for summary judgment, or other motion, and any other document that exceeds 15 pages, by regular postal mail, FedEx, UPS, courier, or the like.   Chambers copies of such filings do not need to be sent by overnight mail.

All chambers copies must be printed from the docket and should bear the header of the Court's electronic filing system, unless printing from the docket renders the exhibit illegible or excludes or obliterates relevant portions of the exhibit, in which case the filing party should clearly indicate at what docket entry number the exhibit appears.

SO ORDERED.

_____/s/_____
Hon. Vanessa L. Bryant
United States District Judge

Revised 1/17/2018