## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACQUELINE JOHNSON | ) | CIVIL ACTION NO. 3:17-CV-01995-VLB |
| PLAINTIFF, | ) | |
| V. | ) | |
| JPMORGAN CHASE BANK, N.A., ET AL | ) | |
| DEFENDANT. | ) | APRIL 27, 2018 |

## APPEARANCE

Please enter my appearance on behalf of the defendants, JPMorgan Chase Bank, N.A., Jamie Dimon and Kevin Waters.

        THE DEFENDANTS:
        JPMORGAN CHASE BANK, N.A., JAMIE
        DIMON & KEVIN WATERS

By /s/ - Brian D. Rich
    Brian D. Rich of
    HALLORAN & SAGE LLP
    225 Asylum Street
    Hartford, CT 06103
    Fed. Bar #ct 24458
    Phone:   860 297-4698
    Fax:   860-548-0006
    rich@halloransage.com
    **Its Attorneys**

13947.1280

One Goodwin Square　225 Asylum Street　Hartford, CT 06103　　HALLORAN & SAGE LLP　　Phone (860) 522-6103　Fax (860) 548-0006　Juris No. 26105

## CERTIFICATION

This is to certify that on this 27th day of April, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ - Brian D. Rich*
**Brian D. Rich**

5340300v.1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN & SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105