DEC 11 2019 PM 3:45
FILED - USDC - BPT - CT

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACQUELINE JOHNSON )<br><br>   Plaintiff  )<br>        )<br>VS.        )<br>        )<br>JPMORGAN CHASE BANK, N.A. )<br>        )<br>   Defendant | CIVIL ACTION<br>NO. 3:17-cv-01995-VLB<br><br><br><br><br><br>**December 11, 2019** |

**PLAINTIFF HEREWITH CONFIRMS REQUEST FOR A NON-JURY TRIAL WITH JUDGE VANESSA BRYANT, AS STATED IN THE JOINT TRIAL MEMORANDUM ORDER. PLAINTIFF ALSO REQUSTS EXTENSION FOR FILING JOINT TRIAL MEMORANDUM**

Plaintiff herewith requests the Non-Jury Trial option attested in the Joint Trial Memorandum Order with the presiding Judge the Honorable Vanessa L. Bryant.

In consultation with Attorney Brian D. Rich, I hereby request an extension from December 16, 2019 to January 6, 2020 to formally submit the filings for the joint Trial Memorandum. This is due to an illness in the family where I am the Caregiver. Attorney Rich did not object to this request.

Respectfully Submitted

By: *[signature]*

Jacqueline Johnson

157 Jonathan Drive, Stamford, Ct. 06903

Email: Jjohnsonctc@aol.com - Cell: 203-461-8423

Date: December 11, 2019