UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACQUELINE JOHNSON : | |
| : | |
| v. : | NO. 3:17-cv-1995-VLB |
| : | |
| JP MORGAN CHASE : | |

### JUDGMENT

This action having come before the Court on defendant's motion for summary judgment before the Honorable Vanessa L. Bryant, United States District Judge; and

The Court having considered the full record of the case including applicable principles of law and having issued a Memorandum of Decision granting defendant's motion; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of defendant and this case is closed.

Dated at Hartford, Connecticut, this 2nd day of January, 2020.

ROBIN D. TABORA, Clerk

By  /S/ Jeremy J. Shafer
     Jeremy Shafer
     Deputy Clerk

EOD: 1/2/2020